IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALFRED W. GALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV389 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion, the jury trial scheduled for March 21, 2011, is continued and will be rescheduled following the court's ruling on the pending motion for summary judgment (Filing No. 47).

SO ORDERED.

DATED this 8th day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge